**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**CIVIL DOCKET NO.: 2:13CV33**

| | | |
|---|---|---|
| DONNA MAE BROWN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| Defendant, | ) | |
| _____ | ) | |

    **THIS CAUSE** having come before the Court upon motion of local counsel Russell R.

Bowling for Plaintiff Donna Mae Brown, for admission *pro hac vice* of Attorney Howard David

Olinsky of Olinsky Law Group, Syracuse, New York and, pursuant to Local Civil Rule 83.1(B),

it appears to this Court that Mr. Olinsky satisfies the requisite *pro hac vice* admission criteria.

    **IT IS THEREFORE ORDERED** that the motion is **GRANTED** (Doc. 3) and that

Attorney Howard David Olinsky is hereby admitted to practice before this Court *pro hac vice* in

the above-captioned action.

Signed: November 7, 2013

Richard L. Voorhees
United States District Judge