# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Donna Mae Brown, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00033-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 27, 2015 Order.

October 27, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court