IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL ACTION NO. 2:13-CV-00033-RLV

| | |
|---|---|
| DONNA MAE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's petition for attorney's fees under the Equal Access to Justice Act (the "Motion"). [Doc. No. 24]. In the Motion, the Plaintiff requests attorney's fees in the amount of $7,468.16, representing 34.45 hours of attorney work and 11.4 hours of paralegal work. According to the Motion, the Defendant has consented to the Plaintiff's request. Defendant has filed no opposing memorandum. The Court has reviewed the Plaintiff's request, as well as the evidence submitted in support of the request, and finds that the Plaintiff's requested fee and the hours spent prosecuting this matter are reasonable. *See*, *e.g.*, *Rogers v. Astrue*, No. 5:12-CV-00003-RLV-DCK, 2015 WL 9239000, at *3 (W.D.N.C. Dec. 17, 2015) (Voorhees, J.).

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded from Defendant the sum of $7,468.16 in attorney's fees, subject to any valid offset. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Such sums shall be paid to the order of Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to her counsel's New York office.

**SO ORDERED**.

Signed: March 30, 2016

Richard L. Voorhees
United States District Judge